UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-20199-CIV — JORDAN / MCALILEY

DELAWARE VALLEY FLORAL
GROUP, INC. a New Jersey Corporation, et al.,

        Plaintiffs/Counterdefendants,

vs.

SHAW ROSE NETS, LLC, a Florida
limited liability company, and KENNETH
P. SHAW, an individual,

        Defendants/Counterplaintiffs.
_____/

## ORDER ON JOINT STIPULATION FOR SUBSTITUTION OF MEDIATOR

Upon review of the Joint Stipulation for Substitution of Mediator, it is hereby Ordered and Adjudged that:

1. Frank J. Benasutti, Esq. is substituted as the mediator in this matter in the place of Carol Soret Cope, Esq.

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of September, 2008.

        ~~Adalberto Jordan~~ CHRIS McALILEY
        United States ~~District~~ Magistrate Judge

**Copy to:**
*All counsel of record* (via CM/ECF)

| | |
|---|---|
| *Frank J. Benasutti, Esq.*    **and** | *Carol Soret Cope, Esq.* |
| IPTrials@aol.com | ccope@mediationinc.com |
| 17294 Bermuda Village Drive | 19 West Flagler Street, 11th Floor |
| Boca Raton, Florida 33487 | Miami, FL 33130 |
| Telephone: (561) 994-5959 | Telephone: (305) 375-8100 |
| Facsimile: (561) 994-5990 | Fax: (305) 372-8211 |